IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT HANKINS, )
 )
        Plaintiff, )
 v. ) Civil Action No. 07-332 Erie
 )
JEFFREY A. BEARD, et al., )
 )
        Defendants. )

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on December 3, 2007 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's oral Report and Recommendation, entered on the record on May 27, 2008 [51], recommends that the Plaintiff's motion [46] for a preliminary injunction and/or temporary restraining order be denied. The parties were given ten (10) days thereafter in which to file objections. No objections were filed. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

      AND NOW, this 17th day of June, 2008;

      IT IS HEREBY ORDERED that the Plaintiff's motion for preliminary injunction and/or motion for a temporary restraining order be, and hereby is, denied.

      The oral Report and Recommendation of Chief Magistrate Judge Baxter, verbally entered on the record on May 27, 2008, is adopted as the opinion of this Court.

                              s/ SEAN J. McLAUGHLIN
                              Sean J. McLaughlin
                              United States District Judge

cc: all parties of record
     Chief U.S. Magistrate Judge Baxter