**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT HANKINS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JEFFREY A. BEARD, et al., )<br>)<br>Defendants. ) | Civil Action No. 07-332 Erie |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on December 3, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, orally entered onto the record on February 4, 2009 at the conclusion of a motion hearing [107], recommends that the Plaintiff's Motion [94] for Preliminary Injunction and/or Motion for Temporary Restraining Order with Sanctions be denied. The parties were given ten (10) days in which to file objections. Plaintiff filed his objections [101] on February 11, 2009, taking issue only with the Magistrate Judge's denial of his motion for sanctions and request for legal assistance. After <u>de novo</u> review of the complaint and documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 17th day of June, 2009;

IT IS ORDERED that the Plaintiff's Motion [94] for Preliminary Injunction, Motion for Temporary Restraining Order with Sanctions be, and hereby is, DENIED.

IT IS FURTHER ORDERED that, to the extent the Plaintiff's objections constitute an appeal of the Magistrate Judge's non-dispositive orders denying his motion for sanctions and his request for legal assistance, said appeals are DENIED and the Magistrate Judge's ruling is AFFIRMED.

The Report and Recommendation of Magistrate Judge Baxter, orally entered on the record on February 4, 2009 [107], is adopted as the opinion of this Court.

s/ <u>SEAN J. McLAUGHLIN</u>
Sean J. McLaughlin
United States District Judge

cc: all parties of record
U.S. Magistrate Judge Baxter