# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT HANKINS, )
    Plaintiff, )
)  Civil Action No. 07-332 Erie
v. )
)
JEFFREY BEARD, et al., )
    Defendants. )

## ORDER

AND NOW, *to wit,* this 17th day of June, 2009, the Plaintiff having appealed the February 19, 2009 Text Order of United States Magistrate Judge Baxter denying his motion [97] to extend time for discovery,

IT IS HEREBY ORDERED that the Appeal is DENIED. The February 19, 2009 Text Order of United States Magistrate Judge Baxter is AFFIRMED.

                                  s/ Sean J. McLaughlin
                                  Sean J. McLaughlin
                                  United States District Judge

cm:    All parties of record.
        U.S. Magistrate Judge Susan Paradise Baxter