**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT HANKINS, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-332 Erie |
| v. | ) |
| JEFFREY A. BEARD, et al., | ) |
| Defendants. | ) |

## ORDER

AND NOW, *to wit,* this 6th day of October, 2009, the Plaintiff having appealed the April 3, 2009 Text Order of United States Magistrate Judge Baxter denying his oral motion for appointment of counsel and denying without prejudice his motion for sanctions [108],

IT IS HEREBY ORDERED that the Appeal is DENIED. The April 3, 2009 Text Order of United States Magistrate Judge Baxter is AFFIRMED.

             s/ Sean J. McLaughlin
             Sean J. McLaughlin
             United States District Judge

cm: All parties of record.
   U.S. Magistrate Judge Susan Paradise Baxter