IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HANKINS, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:07-cv-332-SJM-SPB |
| | ) |
| v. | ) |
| | ) |
| JEFFREY BEARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Plaintiff's complaint in this civil rights action was received by the Clerk of Court on December 3, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed December 17, 2010 [218], recommends that the Plaintiff's motion for preliminary injunction [200] be denied due to lack of jurisdiction over the persons that Plaintiff seeks to enjoin. On December 29, 2010, Plaintiff filed his objections to the Report and Recommendation [223].

After <u>de novo</u> review of the complaint and documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 23rd Day of February, 2011;

IT IS ORDERED that the Plaintiff's motion for a preliminary injunction [200] be, and hereby is, DENIED for lack of jurisdiction over the persons whom Plaintiff seeks to enjoin.

The Report and Recommendation of Magistrate Judge Baxter, filed on December 17, 2010 [218], is adopted as the opinion of this Court.

s/ <u>Sean J. McLaughlin</u>
SEAN J. McLAUGHLIN
United States District Judge

cm: All parties of record
U.S. Magistrate Judge Susan Paradise Baxter