IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HANKINS, | ) |
| | ) |
| Plaintiff, | )  Case No. 1:07-cv-332-SJM-SPB |
| | ) |
| v. | ) |
| | ) |
| JEFFREY BEARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

AND NOW, this 23rd Day of February, 2011, the Plaintiff having filed a document [224] styled as an "objection" to the December 17, 2010 text order of the Magistrate Judge denying Plaintiff's motion [212] for leave to file a supplemental complaint,

AND this Court having construed said "objection" as an appeal from the Magistrate Judge's text order,

IT IS ORDERED, upon consideration of the Plaintiff's appeal, that said appeal be, and hereby is, DENIED and the December 17, 2010 text order of the Magistrate Judge be, and hereby is, AFFIRMED.

                                                              s/ <u>Sean J. McLaughlin</u>

                                                              SEAN J. McLAUGHLIN
                                                              United States District Judge

cm:    All parties of record

        U.S. Magistrate Judge Susan Paradise Baxter